# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDULLE ABUKAR, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　Defendants. | Case No.  1:14-cv-00816-SAB<br>New Case No. 1:14-cv-00816-LJO-SAB<br><br>ORDER RELATING CASES AND DIRECTING CLERK'S OFFICE TO ASSIGN ACTION TO DOCKET OF DISTRICT JUDGE LAWRENCE J. O'NEILL AND ISSUE A CIVIL SCHEDULING ORDER<br><br>(ECF No. 7) |

　　　　On May 7, 2014, Plaintiffs filed this multi-plaintiff action alleging deliberate indifference in violation of the Eighth Amendment.  (ECF No. 1.)  On May 17, 2014, Plaintiffs filed a notice of related cases.  (ECF No. 7.)

　　　　Review of the actions reveals that this action is related under Local Rule 123 to the actions entitled <u>Jackson, et al. v. State of California, et al.</u>, 1:13-cv-01055-LJO-SAB; <u>Smith, et al. v. Schwarzeneggar, et al.</u>, 1:14-cv-00060-LJO-SAB;. and <u>Beagle, et al. v. Schwarzeneggar, et al.</u>, 1:14-cv-00430-LJO-SAB.  The actions are based on the same underlying facts and involve overlapping questions of law and fact.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　　　The Office of the Clerk shall relate this case with cases 1:13-cv-01055-LJO-SAB, 1:14-cv-00060-LJO-SAB, and 1:14-cv-00430-LJO-SAB;

2.   This case shall be reassigned to the docket of District Court Judge Lawrence J. O'Neill by the Clerk's Office;

3.   The new case number shall be:

    1:14-cv-00816-LJO-SAB

and all future pleadings and/or correspondence must be so numbered.  The parties are advised that use of an incorrect case number, including initials, may result in a delay of documents being processed and copies thereof being correctly distributed and received by the appropriate judicial officer; and

4.   The Clerk's Office is directed to issue civil new case documents and set the mandatory scheduling conference before Magistrate Judge Stanley A. Boone on August 5, 2014 at 3:30 p.m. in Courtroom 9.

IT IS SO ORDERED.

Dated:   **May 30, 2014**                         **/s/ Lawrence J. O'Neill**
                                                            UNITED STATES DISTRICT JUDGE