UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDULLE ABUKAR, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | 1:14-cv-816-LJO-SAB <br><br> ORDER RE PLAINTIFFS' VOLUNTARY DISMISSAL OF DEFENDANT J. CLARK KELSO (DOC. 10) |

On May 31, 2014, Plaintiffs filed a notice of voluntary dismissal of Defendant J. Clark Kelso under Fed. R. Civ. P. 41(a)(1)(A)(i). Plaintiffs request that the Court issue an order dismissing Defendant J. Clark Kelso only without prejudice.

Based on Plaintiffs' notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), this Court:

1. DISMISSES without prejudice this entire action as to Defendant J. Clark Kelso only.
2. The Clerk of Court is directed not to close this action.

IT IS SO ORDERED.

    Dated: __July 1, 2014__                /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE