UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDULLE ABUKAR; et al.,<br><br>         Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>         Defendants. | Case No. 1:14-cv-00816-LJO-SAB<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS WINSLOW AND IGBINOSA TO RESPOND TO FIRST AMENDED COMPLAINT** |

Based upon the Stipulation of the parties, IT IS HEREBY ORDERED that Defendants Winslow and Igbinosa shall file a responsive pleading to the *Abukar* First Amended Complaint (30) days after the filing of the amended complaints or from dismissals of the above Defendants by Plaintiffs, in the *Smith* and *Beagle* cases.

IT IS SO ORDERED.

Dated:  **July 28, 2014**

UNITED STATES MAGISTRATE JUDGE